<pre>
 1
 2
 3
 4
 5
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11
12   BOBBY LEWIS BLACK,          ) Case No. CV 13-4167 SJO (MRW)
13                  Petitioner,  )
14         vs.                   ) ORDER ACCEPTING FINDINGS AND
                                 ) RECOMMENDATIONS OF
15   MARTIN BITER,               ) UNITED STATES MAGISTRATE
                                 ) JUDGE
16                  Respondent.  )
17   _____ )
</pre>

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Respondent has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered GRANTING the petition.

DATE: October 22, 2014.

*S. James Otero* (signature)

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE