# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEWIS BLACK,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER,<br><br>    Respondent. | Case No. CV 13-4167 SJO (MRW)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for a writ of habeas corpus is conditionally GRANTED. The writ will issue if, within 90 days from either the date of this Judgment or the conclusion of appellate proceedings (whichever is later), the State of California does not retry Petitioner for bank robbery.

*S. James Otero*

Dated: October 22, 2014.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE